IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>vs.<br><br>TODD A. ANDREWS,<br><br>              Defendant. | 8:13CB5-TDT<br>Violation Number 3576973 NE-22<br><br>**ORDER** |

On the motion of the United States Attorney's Office, the above-referenced matter is hereby dismissed.

ORDERED this 17th day of May, 2013.

BY THE COURT:

/s/ Thomas D. Thalken

THOMAS D. THALKEN
UNITED STATES MAGISTRATE JUDGE